**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

Calvin Terrell Williams, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2018-001839

———————

**ON WRIT OF CERTIORARI**

———————

Appeal From Spartanburg County
Roger L. Couch, Trial Judge
Grace Gilchrist Knie, Post-Conviction Relief Judge

———————

Opinion No. 2023-UP-404
Heard March 6, 2023 – Filed December 20, 2023

———————

**CERTIORARI DISMISSED AS IMPROVIDENTLY
GRANTED**

———————

Appellate Defender Kathrine Haggard Hudgins, of
Columbia, for Petitioner.

Senior Assistant Attorney General David A. Spencer and
Senior Assistant Attorney General Mark Reynolds
Farthing, of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Calvin Terrell Williams's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KONDUROS and VINSON, JJ., and LOCKEMY, A.J., concur.**